1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIMOTHY ALEX BRUTON<br><br>Debtor. | CASE NO. 2:24-cv-00413-JHC<br><br>Bankruptcy Case No. 23−10644−CMA<br><br>Adversary No. 23-01058 |
| TIMOTHY ALEX BRUTON,<br><br>Plaintiff,<br><br>v.<br><br>GLENHAVEN LAKES CLUB, INC., et al. ,<br><br>Defendants. | ORDER |

        This matter comes before the Court on Plaintiff['s] Motion to Withdraw Reference.  Dkt. # 1-1 at 10-17.  The Court has reviewed the materials submitted by the parties in support of, and in opposition to, the motion; the rest of the case file; and the governing law.  Being fully advised, for the reasons set forth in the response to the motion, *id.* at 19-29, the Court DENIES the motion.

        /

        /

        /

ORDER - 1

Dated this 3rd day of April, 2024.


John H. Chun
United States District Judge

ORDER - 2